FILED
U.S. DISTRICT COURT
DIV.

2009 SEP -3 PM 3: 38

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| MARCUS YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV409-118 |
| | ) | |
| MCARTHUR HOLMES, CONNIE | ) | |
| MILES, SERGAENT BROOKS, | ) | |
| CORPORAL SMOOTHLY, and | ) | |
| DOCTOR JACOBSON, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___3___ day of __Sept,_____, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA